1

2   Teresa Starinieri, Esq. (SBN 175690)
    SKEBBA, ISAAC & BUECHLER
3   777 South Figueroa Street, Suite 1507
    Los Angeles, CA 90017
4   Tel.: 213-689-3625
    Fax.: 213-226-4019
5
    Attorneys for Defendants, SAN DIEGO FAMILY HOUSING LLC; LINCOLN MILITARY
6   PROPERTY MANAGEMENT LP; LINCOLN BP MANAGEMENT INC., LINCOLN
    MILITARY HOUSING
7

8

9                        UNITED STATES DISTRICT COURT

10                       EASTERN DISTRICT OF CALIFORNIA

11

12   CRYSTAL LANDOSKEY,                    |   CASE NO.:

13              Plaintiff(s),              |   DECLARATION OF TERESA M.
                                           |   STARINIERI IN SUPPORT OF NOTICE OF
14        vs.                              |   REMOVAL

15   SAN DIEGO FAMILY HOUSING LLC;         |   [28 U.S.C. §§ 1331,1441,1442,1446]
16   LINCOLN MILITARY PROPERTY             |
     MANAGEMENT LP; LINCOLN BP             |
17   MANAGEMENT INC; LINCOLN               |
     MILITARY HOUSING, Does 1 to 15, et al.,|
18                                         |
19              Defendant(s).              |

20

21

22        I, Teresa M. Starinieri, declare as follows:

23        1.  I am an attorney at law, duly licensed to practice law before all the courts of the State

24   of California and that I am associate with SKEBBA, ISAAC & BUECHLER, attorneys of record

25   herein for Defendants, San Diego Family Housing LLC, Lincoln Military Property Management

26   LP, Lincoln BP Management Inc., and Lincoln Military Housing.  The following information is

27   within my personal knowledge, except for that information that I allege upon information and

28   belief, and, if called upon to testify, I could and would testify competently hereto.

                                           1
     DECLARATION OF TERESA M. STARINIERI IN SUPPORT OF NOTICE OF REMOVAL


1      2. I am the attorney assigned to defend Defendants, San Diego Family Housing LLC,

2 Lincoln Military Property Management LP, Lincoln BP Management Inc ., and Lincoln Military

3 Housing and I am familiar with the pleadings and file herein. I make this declaration in support

4 of defendant Lincoln Military Housing's Notice of Removal pursuant to 28 U.S.C. §§ 1331,

5 1441, 1442, 1446.

6      3. On July 1, 2019, Plaintiff Crystal Landoskey filed her Complaint with the Kings

7 County Superior Court. On September 16, 2019, Defendants San Diego Family Housing LLC,

8 Lincoln Military Property Management LP, and Lincoln BP Management Inc., were served with

9 a copy of Plaintiff's Summons and Complaint, Notice of Judicial Assignment and Case

10 Management Conference, and plaintiff's civil case cover sheet. A copy of the Summons(es),

11 Complaint, Notice of Judicial Assignment and Case Management Conference, and plaintiff's

12 civil case cover sheet served on these defendants are attached to the Notice of Removal as

13 Exhibit A thereto.

14      4. On October 21, 2019, Defendants San Diego Family Housing LLC; Lincoln Military

15 Property Management LP, and Lincoln BP Management Inc., filed a motion to strike portions of

16 plaintiff's complaint. A copy of the Motion to Strike portions of plaintiff's complaint filed and

17 served on plaintiff is attached to the Notice of Removal as Exhibit B thereto.

18      5. On January 29, 2020, Plaintiff filed and served her first amended Complaint with the

19 Kings County Superior Court. A copy of Plaintiff's first amended complaint is attached to the

20 Notice of Removal as Exhibit C thereto.

21      6. On February 11, 2020, defendants San Diego Family Housing LLC; Lincoln Military

22 Property Management LP, and  Lincoln BP Management Inc. filed and served their answer to

23 Plaintiff's First Amended Complaint along with notice of positing jury fees and demand for jury

24 trial. A copy of defendants San Diego Family Housing LLC, Lincoln Military Property

25 Management LP,  and Lincoln BP Management Inc.'s answer to Plaintiff's First Amended

26 Complaint, demand for trial by jury and notice of positing jury fees is attached to the Notice of

27 Removal as Exhibit D thereto.

28

1       7. On April 15, 2020, plaintiff served defendant Lincoln Military Housing with her First

2   Amended Complaint.

3       8. No other pleadings have been served on these Defendants in this action.

4       9. The property on which the incident occurred is located on Lemoore Naval Air Station,

5   was originally ceded to the United States Government from Mexico in the Treaty of Guadalupe

6   Hidalgo of 1848, Article V. Attached to my declaration as Exhibit 1 is a true and correct copy of

7   the Treaty of Guadalupe Hidalgo.

8       10. Section 3 of the California Statehood Act conditioned the State of California's

9   admission to the Union on acknowledgment of, and promise to not interfere with or impair,

10   federal title to public lands. Attached to my declaration as Exhibit 2 is a true and correct copy of

11   "an Act for the Admission of the State of California into the Union." Of the Thirty-First

12   Congress of the United States of America, Session 1, 1850.

13       11. By the California Statutes of 1987, chapter 56, the State of California ceded to the

14   United States exclusive jurisdiction over all lands within the State then held, occupied or

15   reserved by the government of the United States for military purposes or defense, or which

16   thereafter would ceded or conveyed to the government of the United States for such purposes.

17   Cal. Statutes, 1987, Ch. 56.

18       12. The property in question, including the Subject Property on Tarawa, is physically

19   located on the military base of Naval Air Station Lemoore, in Lemoore, California.

20       13. This case concerns military housing operated under the Military Housing Private

21   Initiative adopted by Congress in 1996 to improve the quality of service members' housing.

22   Typically, the military leases land to a private entity selected through a competitive bidding

23   process and enters into a public-private venture to develop and manage the military housing on

24   it. Service members who reside in the housing receive a Basic Allowance for Housing from the

25   military to pay their rent.

26       14. Pursuant to the Operating Agreement, San Diego Family Housing LLC entered into a

27   property management agreement with certain defendants. Under the terms of the Property

28

DECLARATION OF TERESA M. STARINIERI IN SUPPORT OF NOTICE OF REMOVAL

1   Management Agreement, these defendants act as an agent of the PPV in performing certain
2   property management functions, such as property leasing.

3       15.  Defendant LINCOLN MILITARY HOUSING has timely removed this action
4   because it filed this Notice of Removal within thirty days of being served with plaintiff's
5   Complaint.  28 U.S.C. § 1446(b)(1).

6       16.  The Superior Court for the County of Kings is located in the United States District
7   Court for the Eastern District of California.  Accordingly, this Court is the proper Court to which
8   to remove this action.

9       17.  Pursuant to 28 U.S.C. § 1446(a), Defendants have attached to this Notice "a copy of
10   all process, pleadings, and orders served upon" them as Exhibits A through D thereto.

11       18.  Defendants San Diego Family Housing LLC; Lincoln Military Property Management
12   LP, and Lincoln BP Management Inc., join in and consent to the removal.

13       19.  A copy of the written notice required by 28 U.S.C. § 1446(d) addressed to Plaintiff's
14   counsel and to the Clerk of the Superior Court for the County of Kings is attached as Exhibit E to
15   this Notice of Removal.  It will be filed with that Clerk and, along with this Notice of Removal,
16   will be served on Plaintiff after the filing of this Notice of Removal.

17       I swear under penalty of perjury of the laws of the United States and the State of
18   California that the foregoing is true and correct and that this declaration was executed this 7th day
19   of May, 2020, in Carlsbad, California.

20

21                          /s/ Teresa M. Starinieri_____
                            Teresa M. Starinieri

22

23

24

25

26

27

28

DECLARATION OF TERESA M. STARINIERI IN SUPPORT OF NOTICE OF REMOVAL