Case 1:20-cv-00681-AWI-HBK   Document 13   Filed 05/28/21   Page 1 of 1

**Bonakdar Law Firm**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 200
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorney For Plaintiff, CRYSTAL LANDOSKEY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL LANDOSKEY;<br><br>　　　　　Plaintiff,<br>　　v.<br><br>SAN DIEGO FAMILY HOUSING LLC; LINCOLN MILITARY PROPERTY MANAGEMENT LP; LINCOLN BP MANAGEMENT INC; LINCOLN MILITARY HOUSING; DOES 1 THROUGH 15, inclusive;<br><br>　　　　　Defendant. | Case No.:  20-CV-00681-AWI-JDP<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO THIS COURT, AND ALL PARTIES HEREIN:

　　WHEREAS, Defendants have not filed an answer or motion for summary judgment.

　　WHEREAS, Plaintiff and Defendants have settled the matter.

　　WHEREAS, no counterclaims have been filed.

　　Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

　　Each party to bear his/her/its/their own fees and costs.

DATED: May 28, 2021　　　　　　　　　　　　　　BONAKDAR LAW FIRM


　　　　　　　　　　　　　　　　　　　　　　　　/s/ Roger S. Bonakdar
　　　　　　　　　　　　　　　　　　　　　　　　ROGER S. BONAKDAR
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　CRYSTAL LANDOSKEY

1
NOTICE OF VOLUNTARY DISMISSAL