UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL LANDOSKEY,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN DIEGO FAMILY HOUSING, LLC, *et al.*,<br><br>    Defendants. | Case No. 1:20-cv-00681-AWI-HBK<br><br>VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41 (a)(1)(A)(i)<br><br>(Doc. No. 13) |

On May 28, 2021, Plaintiff filed a Notice of Voluntary Dismissal. According to the Notice, Plaintiff is dismissing this case in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). (Doc. No. 13). Defendants have not answered or moved for summary judgment.

Accordingly, the Clerk of Court shall enter a dismissal with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and close this case.

IT IS SO ORDERED.

Dated:   June 2, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

1